UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RODRIGUEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>IDALBERTO ZALDIVAR-GALVEZ,<br><br>            Defendant. | No.  1:23-cv-00192 GSA (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST REGARDING RELOCATION AND REQUEST TO CONTINUE CAPTIONED CASE<br><br>(ECF No. 18) |

   Plaintiff has filed a motion entitled "1. Request Notice of Leave for In-Prison Relocation; 2. Request to Continue Captioned Case Against Named Defendant." ECF No. 18.  However, a review of the motion indicates that it simply informs the Court that Plaintiff has been moved to different pod in order to accommodate special programming, and it also appears to inform the Court that test results indicate that Plaintiff continues to experience internal hemorrhaging.  Id. at 1-2.

   In sum, the motion does not appear to request action by this Court other than being meant to inform the Court.   However, to the extent the filing may have been intended by Plaintiff to be more than that, because that intent is so unclear, it will be denied.

   Accordingly, IT IS HEREBY ORDERED that Plaintiff's request regarding relocation and request to continue this case (ECF No. 8) is DENIED.

1

1
2  IT IS SO ORDERED.
3      Dated:   **February 3, 2025**                    **/s/ Gary S. Austin**
4                                                 UNITED STATES MAGISTRATE JUDGE

2