# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RAUL RODRIGUEZ,

          Plaintiff,

     v.

ZALDIVAR-GALVEZ,

          Defendant.

Case No. 1:23-cv-00192-KES-FJS (PC)

ORDER RESETTING DEADLINE FOR PLAINTIFF TO FILE OBJECTIONS TO FEBRUARY 3, 2026, FINDINGS AND RECOMMENDATIONS

**FOURTEEN (14) DAY DEADLINE**

Plaintiff Raul Rodriguez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 3, 2026, the Court issued findings and recommendations that this action be dismissed for failure to state a cognizable claim upon which relief may be granted and directed Plaintiff to file any objections within fourteen days. (ECF No. 24.) On February 9, 2026, Plaintiff filed a motion requesting appointment of counsel and an extension of time to submit evidence, which appeared to have crossed in the mail with the Court's findings and recommendations. (ECF No. 25.) Denying Plaintiff's requests, the Court found that it was nevertheless appropriate to extend the deadline for Plaintiff to file any objections to the February 3, 2026, findings and recommendations. (ECF No. 26.) Plaintiff's objections were therefore due on or before March 2, 2026. (*Id.*)

///

1

On March 3, 2026, in lieu of objections, Plaintiff filed a notice of appeal regarding the findings and recommendations.  (ECF No. 27.)  On March 19, 2026, the Ninth Circuit issued an order dismissing Plaintiff's appeal for lack of jurisdiction, because the February 3, 2026, findings and recommendations and February 11, 2026 order were not final or appealable.  (ECF No. 30.)

As Plaintiff's appeal is now resolved, IT IS HEREBY ORDERED that Plaintiff's objections to the Court's February 3, 2026, findings and recommendations, (ECF No. 24), are due within **fourteen (14) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 25, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

2