UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RODRIGUEZ, | Case No. 1:23-cv-00192-KES-FJS (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |
| v. | |
| ZALDIVAR-GALVEZ, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE CASE |
| Defendant. | |
| | Docs. 24, 35 |

Raul Rodriguez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On February 3, 2026, the then-assigned Magistrate Judge screened the second amended complaint, found Rodriguez failed to state a cognizable claim upon which relief can be granted, and recommended dismissal. Doc. 24. Rodriguez filed a notice of appeal to the Ninth Circuit, which dismissed the appeal for lack of jurisdiction. Doc. 30. After the Ninth Circuit's mandate took effect, the Court re-set a deadline for Rodriguez to file objections to the findings and recommendations, and ordered any objections be filed no later than April 13, 2026. Doc. 32.

On April 20, 2026, Rodriguez filed objections to the findings and recommendations. Doc. 34. The following day, the Court received Rodriguez's motion for an extension of time to file objections. Doc. 35. The Court grants the motion nunc pro tunc and deems the objections timely.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this case.  Having carefully reviewed the entire file, including the objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.  Rodriguez argues that Defendant Zaldivar-Galvez did not order any examination or treatment for him, but he fails to address the magistrate judge's finding that the second amended complaint does not include allegations that Zaldivar-Galvez was aware of Rodriguez's medical conditions.  Rodriguez fails to identify allegations in the second amended complaint—or in the objections—that would support a cognizable claim.  The Court ORDERS:

1.     Plaintiff's motion for extension of time to file objections (Doc. 35), is GRANTED nunc pro tunc.

2.     The findings and recommendations issued on February 3, 2026 (Doc. 24), are ADOPTED in full.

3.     This action is DISMISSED with prejudice, for failure to state a cognizable claim upon which relief may be granted.

4.     The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATE: June 1, 2026

_____
UNITED STATES DISTRICT JUDGE

2